**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

SHANIKA K. BOYD,

     Plaintiff,

v.                                                                          Civil Action No. 3:12-cv-830

EQUIFAX INFORMATION SERVICES LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION, LLC; COMMONWEALTH OF
VIRGINIA, VIRGINIA DEPARTMENT OF
SOCIAL SERVICES (VDSS), DIVISION OF CHILD
SUPPORT ENFORCEMENT (DCSE); PROFESSIONAL
ACCOUNT MANAGEMENT, LLC; CREDIT
COLLECTION SERVICES, INC.; RJM ACQUISITIONS,
LLC; TRIDENT ASSET MANAGEMENT, LLC; CAVALRY
PORTFOLIO SERVICES, LLC,

     Defendants.

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC**
**CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant, Equifax Information Services LLC, and submits the following

corporate disclosure statement:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc.  Equifax

Inc. is publicly traded on the New York Stock Exchange.

This 17th day of December, 2012.

                         /s/
                         John W. Montgomery, Jr.
                         Virginia State Bar No. 37149
                         Counsel for Equifax Information Services LLC
                         Montgomery & Simpson, LLLP
                         2116 Dabney Road, Suite A-1
                         Richmond, VA 23230
                         Telephone (804) 355-8744
                         Facsimile (804) 355-8748
                          Email: jmontgomery@jwm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of December, 2012, I will electronically file the

foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification

of such filing (NEF) to the following:

Kristi Cahoon Kelly
Andrew J. Guzzo
Surovell, Isaacs, Petersen & Levy, PLC
4010 University Drive, Second Floor
Fairfax, VA  22030

Leonard A. Bennett
Susan M. Rotkis
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd, 1-A
Newport News, VA  23601
*Attorneys for Plaintiff*

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email: jmontgomery@jwm-law.com