Case 3:12-cv-00830-REP   Document 9   Filed 12/17/12   Page 1 of 3 PageID# 118

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SHANIKA K. BOYD, | ) |
|     Plaintiff, | ) |
| v. | ) |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, COMMONWEALTH OF VIRGINIA, VIRGINIA DEPARTMENT OF SOCIAL SERVICES (VDSS), DIVISION OF CHILD SUPPORT ENFORCEMENT (DCSE), PROFESSIONAL ACCOUNT MANAGEMENT, LLC, CREDIT COLLECTION SERVICES, INC., RJM ACQUISITIONS, LLC, TRIDENT ASSET MANAGEMENT, LLC, and CAVALRY PORTFOLIO SERVICES, LLC, | ) CASE NO.: 3:12-cv-00830-REP |
|     Defendants. | ) |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

1.    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Trans Union LLC ("Trans Union") in the above captioned action, certifies that the following are the: a) parent, subsidiary, or affiliate entities (corporate or otherwise) that have issued stock or debt securities to the public and any publicly held entity (corporate or otherwise) that owns 10% or more of Trans Union's stock, and b) all members of Trans Union: TransUnion Corp. and TransUnion Holding Company, Inc.

2.    In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Trans Union hereby discloses to the Court: Trans Union is wholly owned by TransUnion Corp., which is wholly owned by TransUnion Holding Company, Inc.  TransUnion Holding Company, Inc., is jointly owned by a number of non-public funds affiliated with Advent International Corp. and GS Capital Partners.  GS Capital Partners is an affiliate of Goldman Sachs Group, Inc., a publicly traded entity.  No public company owns 10 percent or more of the stock in Trans Union.

TRANS UNION LLC

/s/ _____
Michael R. Ward
Virginia bar number 41133
Attorney for Trans Union LLC
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Phone:  (804) 344-8300
Fax:  (804) 344-8539
mward@morrismorris.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of December, 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Kristi Cahoon Kelly
kkelly@siplfirm.com
Andrew J. Guzzo
aguzzo@siplfirm.com
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Second Floor
Fairfax, VA 22030
  and
Leonard Anthony Bennett
lenbennett@cox.net
Susan M. Rotkis
srotkis@clalegal.com
Consumer Litigation Associates, PC
763 J. Clyde Morris Blvd., Ste. 1A
Newport News, VA 23601
*Counsel for Plaintiff*

David Neal Anthony
david.anthony@troutmansanders.com
Troutman Sanders LLP
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
*Counsel for Defendant Experian*

John Willard Montgomery , Jr.
jmontgomery@jwm-law.com
Montgomery & Simpson, LLLP
2116 Dabney Rd. Suite A-1
Richmond, VA 23230
*Counsel for Equifax*

I further certify that I will cause a copy of the foregoing filing and corresponding NEF by electronic mail on the following non-filing user: None.

/s/ _____
Michael R. Ward
Virginia bar number 41133
Attorney for Trans Union LLC
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Phone:  (804) 344-8300
Fax:  (804) 344-8539
mward@morrismorris.com