IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



SHANIKA K. BOYD,

    Plaintiff,

v.                          Civil Action No. 3:12cv830

EQUIFAX INFORMATION
SERVICES, et al.,

    Defendants.

**ORDER**

Having reviewed the MOTION FOR EXTENSION OF TIME (Docket No. 14) filed by the defendant, RJM Acquisitions, LLC, and there being no objection by the plaintiff, it is hereby ORDERED that the MOTION FOR EXTENSION OF TIME (Docket No. 14) is granted. It is further ORDERED that the defendant, RJM Acquisitions, LLC, shall file its Answer and any other motions with respect to the Complaint by January 18, 2013.

    It is so ORDERED.

                                        /s/    REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: December 21, 2012