IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



SHANIKA K. BOYD,

    Plaintiff,

v.                                          Civil Action No. 3:12cv830

EQUIFAX INFORMATION
SERVICES, et al.,

    Defendants.

**ORDER**

Having reviewed the plaintiff's NOTICE OF DISMISSAL WITHOUT PREJUDICE (Docket No. 16), which was filed as to the defendant, Commonwealth of Virginia, Virginia Department of Social Services, Division of Child Support Enforcement, it is hereby ORDERED that the MOTION TO DISMISS (Docket No. 10) filed by the defendant, Commonwealth of Virginia, Virginia Department of Social Services, Division of Child Support Enforcement, is denied as moot.

    It is so ORDERED.

                                                  /s/   REP
                                         Robert E. Payne
                                         Senior United States District Judge

Richmond, Virginia
Date: December 21, 2012