**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**



SHANIKA K. BOYD,

    Plaintiff,

v.                          Civil Action No. 3:12cv830

EQUIFAX INFORMATION
SERVICES, LLC, et al.,

    Defendants.

**ORDER**

Having reviewed the MOTION FOR EXTENSION OF TIME (Docket No. 12) filed by the defendant, Cavalry Portfolio Services, LLC, and there being no objection by the plaintiff, it is hereby ORDERED that the MOTION FOR EXTENSION OF TIME (Docket No. 12) is granted. It is further ORDERED that the defendant, Cavalry Portfolio Services, LLC, shall file its Answer and any other motions with respect to the Complaint by January 18, 2013.

    It is so ORDERED.

                                          /s/
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: December 21, 2012