IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHANIKA K. BOYD,

    Plaintiff,

v.                         Civil Action No. 3:12cv830

EQUIFAX INFORMATION
SERVICES, LLC, et al.,

    Defendants.

**ORDER**

Having reviewed DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR AN EXTENSION OF TIME (Docket No. 5), and there being no objection by the plaintiff, it is hereby ORDERED that DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR AN EXTENSION OF TIME (Docket No. 5) is granted. It is further ORDERED that the defendant, Experian Information Solutions, Inc., shall file its Answer and any other motions with respect to the Complaint by January 17, 2013.

    It is so ORDERED.

                                  /s/
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: December 21, 2012