IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SHANIKA K. BOYD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 3:12-cv-00830 |
| EQUIFAX INFORMATION SERVICES, LLC, et al. | ) ) |
| Defendants. | ) ) |

**DEFENDANT PROFESSIONAL ACCOUNT MANAGEMENT, LLC'S
MEMORANDUM SUPPORTING UNOPPOSED MOTION FOR
<u>EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT</u>**

Defendant, Professional Account Management, LLC ("PAM"), by counsel, states the following in support of its Motion For Extension Of Time To File Answer To Complaint:

1. PAM was served with the Complaint on November 27, 2012.

2. Accordingly, PAM's responsive pleadings were due on December 18, 2012.

3. PAM attempted to find counsel, and out-of-state counsel was retained. Undersigned local counsel was retained only yesterday.

4. Before it retained undersigned counsel, out-of-state counsel for PAM requested an extension of time to file responsive pleadings to February 15, 2013. Counsel for the Plaintiff agreed to the extension to February 15, 2013.

5. The parties did not submit a Consent Order, however. When retained, local counsel informed PAM that submitting a Consent Order was the required practice in this district.

6. This Motion is unopposed by the Plaintiff. Submitted with this Motion is a Consent Order extending the time by which PAM must file responsive pleadings to February 15, 2013.

7. Pursuant to Local Rule 7(F)(2), briefs are required for an extension of time to file responsive pleadings if the time to respond has already expired. PAM files this brief out of an abundance of caution.

8. Notwithstanding that the parties failed to file a Consent Order confirming their agreement, based on the agreement of the parties, for good cause (the expediency of this litigation), because any delay was excusable neglect, and pursuant to the Court's powers under Federal Rule of Civil Procedure 6, PAM requests that the Court extend the time by which PAM must file responsive pleadings.

WHEREFORE, Professional Account Management, LLC respectfully requests that the Court grant its Unopposed Motion For Extension Of Time To File Responsive Pleadings, enter the Consent Order submitted with its Motion, deem timely filed the Answer PAM is filing contemporaneously with the filing of this Motion, and grant it any other relief the Court deems proper.

Dated: February 15, 2013

Respectfully submitted,

Professional Account Management, LLC

By: _____/s/_____
Charles M. Sims, Esq. (VSB No. 35845)
John "Jack" M. Robb, III, Esq. (VSB No. 73365)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23219
(804) 915-4138 Telephone
(804) 916-7238 Facsimile
charles.sims@leclairryan.com
jack.robb@leclairryan.com
*Counsel for Defendant Professional Account Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Kristi Cahoon Kelly, Esq.
> Andrew Joseph Guzzo, Esq.
> Surovell Isaacs Petersen & Levy PLC
> 4010 University Dr
> Suite 200
> Fairfax, VA 22030
> 703-251-5400
> Fax: 703-591-9285
> kkelly@siplfirm.com
> aguzzo@siplfirm.com
> *Counsel for Plaintiff*
>
> Leonard Anthony Bennett, Esq.
> Susan Mary Rotkis, Esq.
> Consumer Litigation Associates
> 763 J Clyde Morris Boulevard
> Suite 1A
> Newport News, VA 23601
> 757-930-3660
> Fax: 757-930-3662
> lenbennett@cox.net
> srotkis@clalegal.com
> *Counsel for Plaintiff*
>
> Ian E. Smith, Esq.
> King & Spalding (GA-NA)
> 1180 Peachtree St NE
> Atlanta, GA 30309-3521
> (404) 572-2565
> Fax: (404) 572-5100
> iesmith@kslaw.com
> *Counsel for Equifax Information Services, LLC*

John Willard Montgomery, Jr., Esq.
Montgomery & Simpson, LLLP
2116 Dabney Rd
Suite A-1
Richmond, VA 23230
(804) 355-8744
Fax: 804-355-8748
jmontgomery@jwm-law.com
*Equifax Information Services, LLC*

David Neal Anthony, Esq.
Virginia Bell Flynn, Esq.
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
804-697-5410
Fax: 804-698-5118
david.anthony@troutmansanders.com
virginia.flynn@troutmansanders.com
*Counsel for Experian Information Solutions, Inc.*

Michael Robert Ward, Esq.
Morris & Morris PC
11 South 12th Street
5th Floor
PO Box 30
Richmond, VA 23218
(804) 344-8300
Fax: 804-344-8359
mward@morrismorris.com
*Counsel for Trans Union, LLC*

Mark Richard Colombell, Esq.
Thompson McMullan PC
100 Shockoe Slip
3rd Fl
Richmond, VA 23219-4140
804-698-6251
Fax: 804-780-1813
mcolombell@t-mlaw.com
*Counsel for RJM Acquisitions, LLC, Trident Asset Management, LLC and Cavalry Portfolio Services, LLC*

/s/
———————————————
John "Jack" M. Robb, III, Esq. (VSB No. 73365)
LECLAIRRYAN, A PROFESSIONAL CORPORATION
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23219
(804) 915-4138 Telephone
(804) 916-7238 Facsimile
jack.robb@leclairryan.com
*Counsel for Defendant Professional Account Management, LLC*