UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____Richmond_____ DIVISION

SHANIKA A. BOYD
_____

vs.                                    Civil/Criminal Action No. __3:12cv830__
EQUIFAX INFORMATION SERVICES, LLC ET AL.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:
_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
__Professional Account Management LLC__
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

__2/15/13__                                    __John M. Robb, III__
Date                                           Signature of Attorney or Litigant
                                               Counsel for __Professional Account Management LLC__

Rev. 7/14/04

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kristi Cahoon Kelly, Esq.
Andrew Joseph Guzzo, Esq.
Surovell Isaacs Petersen & Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030
703-251-5400
Fax: 703-591-9285
kkelly@siplfirm.com
aguzzo@siplfirm.com
*Counsel for Plaintiff*

Leonard Anthony Bennett, Esq.
Susan Mary Rotkis, Esq.
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
lenbennett@cox.net
srotkis@clalegal.com
*Counsel for Plaintiff*

Ian E. Smith, Esq.
King & Spalding (GA-NA)
1180 Peachtree St NE
Atlanta, GA 30309-3521
(404) 572-2565
Fax: (404) 572-5100
iesmith@kslaw.com
*Counsel for Equifax Information Services, LLC*

John Willard Montgomery, Jr., Esq.
Montgomery & Simpson, LLLP
2116 Dabney Rd
Suite A-1
Richmond, VA 23230
(804) 355-8744
Fax: 804-355-8748
jmontgomery@jwm-law.com
*Equifax Information Services, LLC*

David Neal Anthony, Esq.
Virginia Bell Flynn, Esq.
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
804-697-5410
Fax: 804-698-5118
david.anthony@troutmansanders.com
virginia.flynn@troutmansanders.com
*Counsel for Experian Information Solutions, Inc.*

Michael Robert Ward, Esq.
Morris & Morris PC
11 South 12th Street
5th Floor
PO Box 30
Richmond, VA 23218
(804) 344-8300
Fax: 804-344-8359
mward@morrismorris.com
*Counsel for Trans Union, LLC*

Mark Richard Colombell, Esq.
Thompson McMullan PC
100 Shockoe Slip
3rd Fl
Richmond, VA 23219-4140
804-698-6251
Fax: 804-780-1813
mcolombell@t-mlaw.com
*Counsel for RJM Acquisitions, LLC, Trident Asset Management, LLC and Cavalry Portfolio Services, LLC*

/s/
_____
John "Jack" M. Robb, III, Esq. (VSB No. 73365)
LECLAIRRYAN, A PROFESSIONAL CORPORATION
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23219
(804) 915-4138 Telephone
(804) 916-7238 Facsimile
jack.robb@leclairryan.com
*Counsel for Defendant Professional Account Management, LLC*