**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| SHANIKA K. BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:12-cv-00830 |
| ) | |
| EQUIFAX INFORMATION SERVICES, LLC, et al. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Justin M. Sheldon, of the law firm of LeClairRyan, A Professional Corporation hereby notes an appearance on behalf of Professional Account Management, LLC in the above-captioned matter. The undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case also be served upon:

>Justin M. Sheldon, Esq. (VSB # 82632)
>LeClairRyan, A Professional Corporation
>Riverfront Plaza, East Tower
>951 East Byrd Street, 8th Floor
>Post Office Box 2499
>Richmond, Virginia 23219
>(804) 783-7534 Telephone
>(804) 916-7214 Facsimile
>justin.sheldon@leclairryan.com

>By: /s/
>       Counsel

Justin M. Sheldon, Esq. (VSB # 82632)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23219
(804) 783-7534 Telephone
(804) 916-7214 Facsimile
justin.sheldon@leclairryan.com

*Counsel for Professional Account Management, LLC*

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 19th day of February, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kristi C. Kelly, Esq.
Andrew J. Guzzo, Esq.
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Telephone: (703) 251-5400
Facsimile(703) 591-9285
kkelly@siplfirm.com
aguzzo@siplfirm.com
*Counsel for Plaintiff*

Leonard A. Bennett, Esq.
Susan M. Rotkis, Esq.
Consumer Litigation Associates
763 J. Clyde Morris Blvd., Suit 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@cox.net
Srotkis@clalegal.com
*Counsel for Plaintiff*

Ian Smith, Esq.
King & Spalding (GA-NA)
1180 Peachtree St. NE
Atlanta, GA 30309-3521
Telephone: (404) 572-3565
Facsimile: (404) 572-5100
iesmith@kslaw.com
*Counsel for Equifax Information Services, LLC*

John W. Montgomery, Jr., Esq.
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone: (804) 355-8744
Facsimile: (804) 355-8748
jmontgomery@jwm-law.com
*Counsel for Equifax Information Services, LLC*

David N. Anthony, Esq.
Virginia B. Flynn, Esq.
Troutman Sanders, LLP
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
david.anthony@troutmansanders.com
Virginia.flynn@troutmansanders.com
*Counsel for Experian Information Services, LLC*

Michael R. Ward, Esq.
Morris & Morris PC
11 South 12th Street, 5th Floor
PO Box 30
Richmond, VA 23218
Telephone: (804) 344-8300
Facsimile: (804) 344-8359
mward@morrismorris.com
*Counsel for Trans Union, LLC*

Mark R. Colombell, Esq.
Thompson McMullan PC
100 Shockoe Slip, 3rd Floor
Richmond, VA 23219-4140
Telephone: (804) 698-6251
Facsimile: (804) 780-1813
mcolombell@t-mlaw.com
*Counsel for Credit Collection Services, Inc., RJM Acquisitions, LLC, Trident Asset Management, LLC, and Cavalry Portfolio Services, LLC*

                                                /s/
                                Justin M. Sheldon (VSB # 82632)
                                LeClairRyan, A Professional Corporation
                                Attorney for Defendant, Professional Account Management, LLC
                                Riverfront Plaza – East Tower, 8th Floor
                                951 East Byrd Street (23219)
                                Post Office Box 2499
                                Richmond, Virginia 23218-2499
                                Telephone:    (804) 783-7534
                                Facsimile:    (804) 916-7214
                                E-Mail:        justin.sheldon@leclairryan.com