IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| SHANIKA K. BOYD | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:12-cv-830 |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Please take notice that Casey S. Nash of Consumer Litigation Associates, P.C. will hereafter serve as counsel of record for the Plaintiff, and hereby enters her appearance in this matter.

Respectfully submitted,
**SHANIKA K. BOYD**

_____/s/_____
Casey S. Nash
VSB No. 84261
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA  22314
Tel. 703-273-7770
Fax. 888-892-3512
casey@clalegal.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 4th day of March, 2013, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Ian E. Smith
King & Spalding
1180 Peachtree St NE
Atlanta, GA 30309-3521
(404) 572-2565
Fax: (404) 572-5100
Email: iesmith@kslaw.com
*Counsel for Equifax Information Services, LLC*

John Willard Montgomery , Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd
Suite A-1
Richmond, VA 23230
(804) 355-8744
Fax: 804-355-8748
Email: jmontgomery@jwm-law.com
*Counsel for Equifax Information Services, LLC*

David Neal Anthony
Virginia Bell Flynn
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
804-697-5410
Fax: 804-698-5118
Email: david.anthony@troutmansanders.com
Email: virginia.flynn@troutmansanders.com
*Counsel for Experian Information Solutions, Inc.*

Michael Robert Ward
Morris & Morris PC
11 South 12th Street
5th Floor
PO Box 30
Richmond, VA 23218
(804) 344-8300
Fax: 804-344-8359
Email: mward@morrismorris.com
*Counsel for Trans Union, LLC*

John David Gilbody
Office of the Attorney General (Richmond)
900 E Main St
Richmond, VA 23219
(804) 786-8198
Fax: (804) 371-2087
Email: jgilbody@oag.state.va.us
*Counsel for Commonwealth of Virginia, Virginia Department of Social Services (VDSS), Division of Child Support Enforcement (DCSE)*

John MacDonald Robb, III
Justin Matthew Sheldon
LeClair Ryan PC (Richmond)
951 E Byrd St
PO Box 2499
Richmond, VA 23218-2499
804-915-4138
Fax: 804-916-7238
Email: jack.robb@leclairryan.com
Email: justin.sheldon@leclairryan.com
*Counsel for Professional Account Management, LLC*

Mark Richard Colombell
Thompson McMullan PC
100 Shockoe Slip, 3rd Fl
Richmond, VA 23219-4140
804-698-6251
Fax: 804-780-1813
Email: mcolombell@t-mlaw.com
*Counsel for Credit Collection Services, Inc., RJM Acquisitions, LLC, Trident Asset Management, LLC & Cavalry Portfolio Services, LLC*

                                                                                                      /s/
Casey S. Nash
VSB No. 84261
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA  22314
Tel. 703-273-7770
Fax. 888-892-3512
casey@clalegal.com