IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

SHANIKA K. BOYD,

    Plaintiff,

v.                                           CIVIL NO. 3:12-cv-00830

EQUIFAX INFORMATION SERVICES, LLC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC., PROFESSIONAL ACCOUNT
MANAGEMENT, LLC., CREDIT COLLECTION
SERVICES, INC., RJM ACQUISITIONS, LLC.,
TRIDENT ASSET MANAGEMENT, LLC.,
CAVALRY PORFOLIO SERVICES, LLC.,

    Defendants.

**PLAINTIFF'S SUPPLEMENTAL F.R.C.P. 26(a)(1) DISCLOSURES**

COMES NOW the Plaintiff, **SHANIKA K. BOYD**, by counsel, and makes the following disclosures:

**II. Description of documents in possession of the Plaintiff.**

Other than those documents obtained from any Defendant in discovery, the Plaintiff has the following supplemental documents in her possession and control:

Plaintiff's Bate Stamp Nos. 000315-000712, and Experian Bate Stamp Exhibit # 000001 - 000127 (*The Supplemental Bate Stamped Exhibits will be forwarded to counsel for Defendant, RJM Acquisitions under separate cover*).

| Plaintiff's Exhibit | Bate Stamp # |
|---|---|
| RJM – Information obtained from RJM Website | 000315 – 000319 |
| *Farren v. Experian Information Solutions, Inc., et al.* USDC Ed of PA – Civil Action No: 04-995 – *Motion for Summary Judgment filed by RJM Acquisitions Funding, LLC.* | 000320 - 000388 |
| *Farren v. Experian Information Solutions, Inc., et al.* USDC Ed of PA – Civil Action | 000389 – 000423 |

1

| | |
|---|---|
| No: 04-995 – *Defendant, RJM Acquisitions Funding, LLC.'s Supplemental Brief in Support of its Motion for Summary Judgment* | |
| *Farren v. Experian Information Solutions, Inc., et al.* USDC Ed of PA – Civil Action No: 04-995 – *Pre-Trial Memorandum of Defendant, RJM Acquisitions Funding, LLC.* | 000424 – 000434 |
| *Grismore v. RJM Acquisitions, LLC.* (USDC, District of AZ, Case No. CV08-0529 PHX DKD – Defendant, RJM Acquisitions, LLC. Motion for Summary Judgment | 000435 – 000443 |
| 2012 Credit Reporting Resource Guide | 000444 - 000695 |
| August 27, 2012 FTC letter RE: RJM Acquisitions | 000696 – 000697 |
| e-OSCAR-web – System Terms of Use | 000698 – 000711 |
| e-OSCAR- website information – Automated Batch Interface | 000712 |
| e-OSCAR – Training Information and | 000713 – 000715 |
| CDIA Learning Center – New FCRA/FACTA Certificate Program Information | 000716 |
| Trans Union – Notice to Trans Union Subscribers on Data Reporting and Inquiry Input Guidelines | 000717 |
| Documents Disclosed by Experian | 000001 - 000127 |

Plaintiff reserves the right to further supplement these disclosures.

**SHANIKA K. BOYD**

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@cox.net

    Kristi Cahoon Kelly, VSB#72791
    Andrew J. Guzzo, VSB #82170
    SUROVELL, ISAACS, PETERSEN & LEVY, PLC
    4010 University Drive, Second Floor
    Fairfax, Virginia 22030
    (703) 251-5400 – Telephone
    (703) 591-9285 – Facsimile
    Email: kkelly@siplfirm.com
    Email: aguzzo@siplfirm.com

    Susan M. Rotkis, VSB#40693
    CONSUMER LITIGATION ASSOCIATES, P.C.
    763 J. Clyde Morris Blvd. 1-A
    Newport News, VA 23601
    (757) 930-3660 – Telephone
    (757) 930-3662 – Facsimile
    Email: srotkis@clalegal.com
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew Biondi
Sands Anderson PC
1111 East Main Street
P.O. Box 1998
Richmond, VA 23218-1998
(804) 783-7265
(804) 783-7291 Fax
E-mail: abiondi@sandsanderson.com

                /s/
    Leonard A. Bennett, Esq.
    VSB #37523
    Attorney for Plaintiff
    CONSUMER LITIGATION ASSOCIATES, P.C.
    763 J. Clyde Morris Boulevard, Suite 1-A
    Newport News, Virginia 23601
    (757) 930-3660 - Telephone
    (757) 930-3662 – Facsimile
    E-mail: lenbennett@cox.net